AUDREY MILLER, as Executrix of EARL MILLER, Deceased, Respondent, v. ROBERT L. MILLER et al., Appellants.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.

ORANGE AND ROCKLAND UTILITIES, INC., Respondent, v. TOWN OF ORANGETOWN et al., Appellants.

Beldock, P. J., Ughetta, Rabin, Benjamin and Nolan, JJ., concur.